UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 07-61378-CIV  COOKE/BROWN

NORMAN GOLAUB, *et al.*,

   *Plaintiffs*,

v.

COUNTRYWIDE HOME LOANS, INC.,

   *Defendant*.

_____/

### ORDER OF DISMISSAL

   **THIS CASE** is **DISMISSED** *with prejudice* per the Notice of Settlement and Voluntary Dismissal With Prejudice . [**DE 8**].  The Clerk shall **CLOSE** the case.  All remaining, pending motions are **DENIED** *as moot*.  The Court will retain limited jurisdiction to enforce the settlement terms.

   **DONE** and **ORDERED** in Chambers, at Miami, FL, this 13th day of February 2008.

*(signed)* MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Hon. Stephen T. Brown*
*Counsel of Record*